**Darryl G. DAVIS, Plaintiff—Appellant,**

v.

**GEORGE MASON UNIVERSITY, Defendant—Appellee.**

No. 05–2340.

United States Court of Appeals, Fourth Circuit.

Submitted June 30, 2006.

Decided Aug. 3, 2006.

William E. Hutchings, Jr., Saunders & Schmieler, P.C., Silver Spring, Maryland, for Appellant. David Drummey, Assistant Attorney General, Fairfax, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl G. Davis appeals the district court's order granting the defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. George Mason Univ.,* 395 F.Supp.2d 331 (E.D.Va. 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*